JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHESTOPHER MARK PERALTA,

Plaintiff,

v.

WARDEN DESERT VIEW DETENTION FACILITY et al.,

Defendants.

Case No. 5:26-cv-05080-SB-PVC

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Chestopher Mark Peralta's habeas petition is denied.

This is a final judgment.

Date: October 5, 2026

Stanley Blumenfeld, Jr.
United States District Judge